No. 69136.—Coles Cranes, Inc. v. United States, protests 61/6134–11728, etc. (Chicago).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof the same in all material respects as those the subject of Abstract 67483, the claim of the plaintiff was sustained. Protest 61/6148, insofar as it relates to entry 19487, having been abandoned, was dismissed.

BEFORE THE SECOND DIVISION, MARCH 17, 1965

No. 69137.—Zanin & Sons, Inc. v. United States, protest 63/14664 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass rods similar in all material respects to those the subject of Zanin & Son, Inc. v. United States (50 Cust. Ct. 37, C.D. 2385), the claim of the plaintiff was sustained.

No. 69138.—F. B. Vandegrift & Co., Inc. v. United States, protests 59/29764, 59/29779, and 59/29774 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.